No. 1971. People, Appellee, v. Figueroa, Appellant. — District Court of Ponce. Decided December 1, 1922. Violation of the excise-tax law. The record shows that the

evidence is sufficient to support the judgment and it is affirmed.